the Supreme Court of Mississippi denied. *Mr. Ben F. Cameron* for petitioner. *Mr. Marion W. Reily* for respondent.

No. 936. LAYTON *v.* THAYNE. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. J. D. Skeen* and *E. J. Skeen* for petitioner.

No. 947. HENJES *v.* AETNA INSURANCE Co. ET AL. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Morris Ehrlich* for petitioner. *Mr. George S. Brengle* for respondents.

No. 948. UNITED STATES GYPSUM Co. *v.* STORNELLI. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. T. Carl Nixon* and *E. Willoughby Middleton* for petitioner. *Mr. William L. Clay* for respondent.

No. 951. SCORUP-SOMERVILLE CATTLE Co. *v.* MERRION ET AL., COPARTNERS. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Waldemar Q. Van Cott* for petitioner. *Messrs. Robert L. Judd, Paul H. Ray,* and *S. J. Quinney* for respondents.

No. 953. ILLINOIS EX REL. DAVIDSON ET AL. *v.* BRADLEY ET AL. June 1, 1943. Petition for writ of certiorari to